# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

CHARLES MOODY,             )
                                )
    Petitioner,           )
                                )
        v.              )       Case No. 10-cv-1379
                                )
RICARDO RIOS,             )
                                )
    Defendant.          )

## O P I N I O N and O R D E R

Before the Court is a letter submitted by Petitioner, Charles Moody, on April 12, 2011. In this letter, Petitioner states that he did not receive the Order and Judgment entered on December 6 and 7, 2010, respecively. The Clerk is DIRECTED to forward to Petitioner, along with this Order, the Judgment and Order issued in December (Docs. 2 and 3).

In light of the delay in sending to Petitioner a copy of the Judgment in this matter, the Court will construe the letter as a motion for extension of time and finds that there is good cause to extend the time for appeal pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A). Petitioner therefore has 14 days from the date of this Order to file a notice of appeal, if any.

Entered this <u>18th</u> of April, 2011

                                      s/ Joe B. McDade
                                   JOE BILLY MCDADE
                        United States Senior District Judge